ORDERED.

**Dated:  October 25, 2020**

Catherine M. Ewen

Catherine Peek McEwen
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re:                                                                    Case No. 8:19-bk-07705-CPM
                                                                          Chapter 13

Linda Taylor West

         Debtor.
_____/

**ORDER GRANTING DEBTOR'S MOTION TO**
**APPROVE TEMPORARY FORBEARANCE AGREEMENT**
**BETWEEN DEBTOR AND KONDAUR CAPITAL CORPORATION**

THIS CASE came on for a hearing on September 30, 2020 upon the Debtor's Motion to

Approve Temporary Forbearance Agreement between Debtor and Kondaur Capital Corporation

(Doc. No. 39).  Accordingly, it is

**ORDERED:**

1.      The Debtor's Motion to Approve Temporary Forbearance Agreement between

Debtor and Kondaur Capital Corporation (Doc. No. 39) is hereby **GRANTED** to the extent

provided herein.

2.      The Chapter 13 Trustee may disburse funds, as soon as practicable, held and

earmarked for adequate protection payments, subject to availability of funds, pursuant to

Debtors' plan with respect to creditor, Kondaur Capital Corporation, until further Order of this

Court.  The disbursements to creditor will be sent to the address listed as follows:

> Kondaur Capital Corporation
> 333 South Anita Dr., Ste 400
> Orange, CA  92868

3.      The Debtors will be considered current with their payments to creditor, Kondaur

Capital Corporation, regarding the trial mortgage modification so long as Debtor's payments to

the Chapter 13 Trustee remain current regardless of when the Trustee disburses funds.

Attorney, David Thorpe, Esquire, is directed to serve a copy of this order on interested parties
who do not receive service by CM/ECF and file a proof of service within 3 days of entry of the
order.

JMW/SKO/sn                                                        C13T 10/22/20